**Order entered January 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01298-CR

**MONTREAX CANTREL WALTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-55149-J**

## ORDER

The reporter's record was due on October 29, 2018. By order dated December 20, 2018, we ordered court reporter Kimberly Xavier to file the reporter's record by January 2, 2019. The following day, Ms. Xavier notified the Court she had not filed a reporter's record because none had been requested. On January 3, 2019, a supplemental clerk's record was filed containing the trial court's appointment of appellate counsel and the written request for a reporter's record.

We **ORDER** the complete reporter's record filed **BY FEBRUARY 4, 2019**. We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/    LANA MYERS
         JUSTICE